FILED
JUL 2 8 2003
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2003 JUL 28 A 11: 09

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DEBBIE RHODES, )
)
Plaintiff, )
)
vs. ) CASE NO. 02-A-620-N
)
SOUTHEAST WAFFLES, LLC, et al., )
)
Defendants. )

### STIPULATION FOR DISMISSAL

Come now all of the parties in the above styled cause by and through their counsel of record and hereby stipulate and agree that this entire cause should be dismissed with prejudice and with each party to bear their own respective costs.

Respectfully submitted this _16th_ day of July, 2003.

_____
One of the Attorneys for Plaintiff
Debbie Rhodes

OF COUNSEL:

Law Offices of Richard D. Lively
969 East Main Street
Prattville, Alabama 36066
(334) 491-4911
Fax: (334) 365-1099

stipulation for dismissal_v11 WPD

1

_____
One of the Attorneys for
SouthEast Waffles, LLC

OF COUNSEL:

Charles B. Paterson (PAT1542)
Rhonda Mayse Garman (GAR079)
Balch & Bingham LLP
Post Office Box 78
Montgomery, Alabama 36101
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

stipulation for dismissal_v1.WPD